| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stapleton, Walter K. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Third Circuit | 3. Date of Report<br><br>12/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>Federal Building<br>844 King Street - Lockbox 33<br>Wilmington, DE 19801 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Chester County Country Properties (real estate brokerage firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. (part sold 8/13/12) | B | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | | | | | |
| 5. Merck Com. | B | Dividend | K | T | | | | | |
| 6. Pepsico Com. | A | Dividend | K | T | | | | | |
| 7. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 8. Southern Co. Com. | B | Dividend | K | T | | | | | |
| 9. Exxon Mobil | B | Dividend | K | T | | | | | |
| 10. 3M Corp. | B | Dividend | L | T | | | | | |
| 11. SEI Tax Exempt Trust Account | A | Dividend | K | T | | | | | |
| 12. Chubb Com. | A | Dividend | K | T | | | | | |
| 13. Cisco Sys. Com. | A | Dividend | K | T | | | | | |
| 14. Emerson Elec. Com. | B | Dividend | K | T | | | | | |
| 15. Acorn II LP (*org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 16. Clarco Inc. | A | Dividend | K | T | | | | | |
| 17. Fleetwood PA Bd. 6/1/16 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J.M.Schmucker Co. | A | Dividend | K | T | | | | | |
| 19. Vanguard Emg. Mkt. ETF | A | Dividend | K | T | | | | | |
| 20. Vanguard FTSE All World ex. U.S. | B | Dividend | K | T | | | | | |
| 21. IShares MSCI Pac. ex. Japan | B | Dividend | K | T | | | | | |
| 22. AT&T | B | Dividend | K | T | | | | | |
| 23. Hummelstown PA Bd. 11/15/24 | B | Interest | L | T | | | | | |
| 24. Bar Hrbr Bankshares | A | Dividend | K | T | | | | | |
| 25. Nat'l GRI-ADR | B | Dividend | K | T | | | | | |
| 26. Teva Phar. Ind. | A | Dividend | K | T | | | | | |
| 27. Roche Hldg. Ltd. | A | Dividend | K | T | | | | | |
| 28. Buckeye Tech. (cash merger) | A | Dividend | | | | 8/26/13 | J | C | |
| 29. Microsoft Corp. | B | Dividend | K | T | | | | | |
| 30. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 31. Wisdomtree Emer. Mkt. | A | Dividend | J | T | | | | | |
| 32. Sigma Aldrich Corp. | A | Dividend | K | T | | | | | |
| 33. Stericycle | | None | K | T | | | | | |
| 34. Microsoft Corp. | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Pac. ex. Japan | B | Dividend | J | T | | | | | |
| 36. Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 37. Wallingford-Swart PA | A | Interest | K | T | | | | | |
| 38. Spring Ford Area Sch. | | None | | | Redeemed | 3/1/13 | K | A | |
| 39. Warwick PA Sch. | B | Interest | M | T | | | | | |
| 40. IShares Dow Jones Select | A | Dividend | K | T | | | | | |
| 41. Duke Energy | B | Dividend | K | T | | | | | |
| 42. Nuveen Perform. Plus. Muni. | B | Dividend | K | T | | | | | |
| 43. Buckeye Partners | D | Interest | M | T | | | | | |
| 44. Johnson &Johnson Com. | A | Dividend | K | T | | | | | |
| 45. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 46. Real Estate Chester Co. PA (App.Date 6/30/11; $950,000) | | None | O | Q | | | | | |
| 47. Star Bancorp. | A | Dividend | L | T | | | | | |
| 48. Polymedix | | None | | | Sold | 12/6/13 | J | A | |
| 49. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 50. PA-exempt Mun. Bd. | B | Interest | L | T | | | | | |
| 51. Bucks Co. Water & Sewer | A | Interest | | | Redeemed | 12/2/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Powershares Exch. | A | Interest | J | T | | | | | |
| 53. Berkshire Hathaway, Inc. | | None | J | T | | | | | |
| 54. IShares Nasdaq Biotech | A | Dividend | J | T | | | | | |
| 55. Natixis ASG Global | C | Dividend | K | T | | | | | |
| 56. IRA | D | Int./Div. | O | T | | | | | |
| 57. - IShares Select | B | Dividend | L | T | | | | | |
| 58. - IShares US Medical | A | Dividend | K | T | | | | | |
| 59. - StreetTracks Gold Trust | | | | | | | | | |
| 60. - IShares S&P Mid. Cap. | | | | | | | | | |
| 61. -IShares DJ US Util. | | | | | | | | | |
| 62. - IShares US Healthcare | | | | | | | | | |
| 63. - IShares FTSE Xinhua | | | | | | | | | |
| 64. - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 65. - IShares T NASDAQ | | | | | | | | | |
| 66. - Plum Creek Timber Co. | | | | | | | | | |
| 67. - ML Bank USA RASP account | | | | | | | | | |
| 68. - IShares S&P Latin. Am. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Powershares DB Commodity | | | | | | | | | |
| 70. - IShares So. Africa | | | | | | | | | |
| 71. - IShares Trust DJ US Ind. | | | | | | | | | |
| 72. - Sector SPDR Consumers | | | | | | | | | |
| 73. - Retirement Res. CLI account | | | | | | | | | |
| 74. - Berkshire Hathaway Inc. | | | | | | | | | |
| 75. - IShares Tr. Dow US | | | | | | | | | |
| 76. - Powershares Global Water | | | | | | | | | |
| 77. - IShares DJ US Oil & Gas | | | | | | | | | |
| 78. - IShares Barclays Treas. | | | | | | | | | |
| 79. - IShares MSCI Emer. | | | | | | | | | |
| 80. - IShares MSCI USA | | | | | Sold | 12/27/13 | J | B | |
| 81. - IShares Barclays 1-3 Credit | | | | | | | | | |
| 82. - Pimco Short Maturity | | | | | | | | | |
| 83. - ALPS Alerian | | | | | | | | | |
| 84. - IShares MSCI Mexico | | | | | Buy | 12/27/13 | J | | |
| 85. - Guggenheim S&P500 Eq. Wtd. ETF | | | | | Buy | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IShares Trans. Ave | | | | | Buy | 12/27/13 | J | | |
| 87. - Vanguard MSCI Eur. ETF | | | | | Buy | 12/27/13 | J | | |
| 88. - AMEX Tech. SPD | | | | | Buy | 12/27/13 | J | | |
| 89. Ches. Co. Country Properties SEP - | D | Int./Div. | O | T | | | | | |
| 90. - Berkshire Hathaway, Inc | | | | | | | | | |
| 91. - Templeton Global Total | | | | | | | | | |
| 92. - US Treas. Inflation Note 1/15/28 | | | | | Sold | 6/3/13 | L | B | |
| 93. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 94. - ML Bank USA RASP account | | | | | | | | | |
| 95. - US Treas. Inflation Note 1/15/20 | | | | | | | | | |
| 96. - BAC Mitts Ind. 1/29/16 | | | | | | | | | |
| 97. - ML&Co. SRN MLFI-TR | | | | | Redeemed | 7/3/13 | J | A | |
| 98. - US Treas. Inflation Note 7/15/20 | | | | | | | | | |
| 99. - Endowment TEI Fund | | | | | Sold | 8/14/13 | J | A | |
| 100. - U.S. Treas. Inflation Note 1/15/18 | | | | | | | | | |
| 101. - Natixis ASG Global | | | | | | | | | |
| 102. - BAC Clim. Rogrer | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Total St. Mk. | | | | | Buy | 12/27/13 | K | | |
| 104. - MLCX Clim Ban Corp | | | | | | | | | |
| 105. T. Rowe Price Sci.&Tech.Fd. | | None | K | T | | | | | |
| 106. Exxon Com. | A | Dividend | J | T | | | | | |
| 107. Acorn II LP (org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 108. SEI Tax Exempt Trust account | A | Dividend | J | T | | | | | |
| 109. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 110. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 111. SEI Investments Co. | A | Dividend | J | T | | | | | |
| 112. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 113. Rayonier, Inc. | B | Dividend | K | T | | | | | |
| 114. Stericycle, Inc. | | None | K | T | | | | | |
| 115. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 116. Polymedix Inc. | | None | | | Sold | 12/11/13 | J | A | |
| 117. Graco Inc. | A | Dividend | K | T | | | | | |
| 118. Pine Grove Sch. Bd. | A | Interest | K | T | | | | | |
| 119. AT&T Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 121. Genesee & Wyo. Inc. | | None | | | Sold | 5/3/13 | L | E | |
| 122. Donaldson Inc. | A | Dividend | K | T | | | | | |
| 123. BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 124. IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 125. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 126. CMA PA Mun. account | B | Interest | M | T | | | | | |
| 127. Warwick PA Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 128. N. Pocono Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 129. Council Rock Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 130. PA St. First | B | Interest | L | T | | | | | |
| 131. CD Western Bank PR | C | Interest | K | T | | | | | |
| 132. Monroeville PA Bond | A | Interest | K | T | | | | | |
| 133. Unionville-Chadds Ford Bd | B | Interest | L | T | | | | | |
| 134. Bloomsberg Area Sch. Dist. | B | Interest | L | T | | | | | |
| 135. Towanda Area Sch. Dist. | A | Interest | K | T | | | | | |
| 136. Westmoreland PA Mun. | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ringgold PA Sch. Dist. | B | Interest | L | T | | | | | |
| 138. Lower Allen PA Bd | B | Interest | L | T | | | | | |
| 139. Unionville-Chadds Ford Bd | A | Interest | L | T | | | | | |
| 140. Covidien | | None | K | T | | | | | |
| 141. Nat'l GRI-ADR | | None | K | T | | | | | |
| 142. Wisdomtree Emer. Mkts | A | Dividend | K | T | | | | | |
| 143. Novartis AG | A | Dividend | K | T | | | | | |
| 144. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 145. Nat'l Fuel Gas Co. | A | Dividend | K | T | | | | | |
| 146. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 147. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 148. Stericycle | | None | K | T | | | | | |
| 149. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 150. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 151. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 152. Perkiomen Sch. Dist. Bd. | | None | | | Redeemed | 3/1/13 | K | A | |
| 153. Nashaminy Sch. Dist. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pa. TPK CML OIL | B | Interest | L | T | | | | | |
| 155. Pa. St. Bond | B | Interest | L | T | | | | | |
| 156. Spring-Ford Pa. Bd. | A | Interest | K | T | | | | | |
| 157. Pa. State Bd. | A | Interest | L | T | | | | | |
| 158. Erie Indmnity Co. | A | Dividend | K | T | | | | | |
| 159. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 160. Vanguard FTSE All-World Ex. US | A | Dividend | K | T | | | | | |
| 161. Graco | A | Dividend | K | T | | | | | |
| 162. SPDR SP Bric 40 | A | Dividend | J | T | | | | | |
| 163. Duke Energy | A | Dividend | K | T | | | | | |
| 164. Vanguard All World Ex. US | A | Dividend | K | T | | | | | |
| 165. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 166. Alps Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 167. Mechanicsburg Pa Bd. | A | Interest | K | T | | | | | |
| 168. Chester Co. Pa Bd. | A | Interest | K | T | | | | | |
| 169. Real Estate Chester Co. Pa (4/27/10) ($265,000) | D | Rent | N | R | | | | | |
| 170. Real Estate Eaglesmere PA (9/4/12) ($330,000) | | None | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 12/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The shares of IShares Select reported on line 57 were acquired on 3/21/05 for consideration in category L. This purchase and its subsequent ownership were omitted from my 2005-2012 reports. This omission resulted from the fact that the portfolio inventories supplied to me prior to 2013 by my investment firm did not disclose these facts.

The shares of IShares U.S. Medical reported on line 58 were acquired on 7/2/08 for consideration in category K. This purchase and its subsequent ownership were omitted from my 2008-2012 reports. This omission resulted from the fact that the portfolio inventories supplied to me prior to 2013 by my investment firm did not disclose these facts.

This report identifies four securities as held by an IRA during 2013: IShares Select (page 7, line 57); IShares U.S. Medical (page 7, line 58); IShares Tr. D.J. Sel. Div. (page 7, line 64); and IShares Tr. Dow U.S. (page 7, line 75). Subsequent inquiry has disclosed that this constitutes a duplication. The first two are new names for the latter two. These securities are correctly identified in my prior reports as IShares Trust-D.J. Sel. Div. and IShares Tr. Dow U.S. and correctly identified in this report as ISjares Select and IShares U.S. Medical.

Plowshares Wilterhill Progressive Energy Port., which was erroneously included in my 2012 report, page 9, line 94, was properly excluded from this report. In 2012, this asset was no longer held by the IRA. As reported in the appropriate reports under the abbreviated name Plowshares Wilterhill, this asset was acquired on July 2, 2008, and sold on January 27, 2009. See 2008 report, paage 9, line 95; 2009 report, page 9, line 95. This sale was erroneously reported as a partial sale and this resulted in this asset erroneously being included as held by the IRA in my 2010 and 2011 reports. The value of these 200 shares was within the J range at both the time of purchase and the time of sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter K. Stapleton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544